Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUGENIO CARRASCO-MENDEZ,<br><br>Defendant. | No. CR14-0082RSL<br><br>[Proposed]<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following asset:

$2,306.00 in U.S. Currency, seized from 409 S. Norris St., Apt. 121, Burlington, Washington, on or about March 13, 2014.

On November 14, 2014, the Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Eugenio Carrasco-Mendez's interest in the above-described property pursuant to Title 21, United States Code, Section 853, for violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846, Conspiracy to Distribute Controlled Substances, as charged in Count 1 of the Indictment.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice of the forfeiture pursuant to the Preliminary Order of Forfeiture on an official internet government forfeiture website, www.forfeiture.gov, starting on

FINAL ORDER OF FORFEITURE - 1
U.S. v. Eugenio Carrasco-Mendez, (Case No. CR14-082RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

November 16, 2014, and running consecutively for thirty days until its conclusion on December 15, 2014. In the publication, the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law. These notices further stated that any person other than the defendant having or claiming an interest in the property was required to file a petition with the Court within sixty (60) days of the first date of publication of the notice, setting forth the nature of the petitioner's right, title, and interest in the property.

On October 17, 2016, the United States served notice via certified mail upon Rita Rocha at her residence in Burlington, Washington.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture.

No petitioners or claimants have come forth to assert an interest in the forfeited property, and the time for doing so has expired.

Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the following property is hereby fully and finally condemned and forfeited to the United States in its entirety:

$2,306.00 in U.S. Currency, seized from 409 S. Norris St., Apt. 121, Burlington, Washington, on or about March 13, 2014.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party.

//
//
//
//
//
//
//
//

FINAL ORDER OF FORFEITURE - 2
U.S. v. Eugenio Carrasco-Mendez, (Case No. CR14-082RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States Marshals Service, and/or its agents and representatives, is authorized to dispose of the above-listed property in accordance with the law.

The Clerk of the Court is directed to send a copy of this Final Order of Forfeiture to all counsel of record.

DATED this 6th day of June 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/Richard E. Cohen*
RICHARD E. COHEN
Assistant U.S. Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
(206) 553-6934 (fax)
E-mail: Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE - 3
*U.S. v. Eugenio Carrasco-Mendez,* (Case No. CR14-082RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970